# Green & Willstatter
### ATTORNEYS AT LAW
### 200 MAMARONECK AVENUE
### SUITE 605
### WHITE PLAINS, NEW YORK 10601

MEMO ENDORSED

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

April 10, 2023

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

      re: United States v. Quentin Wiggins, 23-cr-54 (KMK)

Dear Judge Karas:

      Pursuant to 18 U.S.C. § 3145(b), Quentin Wiggins hereby moves for review of a detention order of Hon. Judith C. McCarthy, U.S.M.J., dated January 18, 2023, and requests a hearing at which defendant will seek to have that detention order revoked and the defendant released on bond.
      A copy of the transcript of the detention hearing conducted before Judge McCarthy is submitted herewith as Exhibit A.
      If convenient to the Court, I would be prepared to go forward with the bond hearing on the next scheduled conference date, April 13, 2023. Alternatively, I ask that the Court schedule a hearing the following week, or as soon as practicable thereafter.

The Parties should be prepared to address this application at the April 13 conference.

Very truly yours,

/s/ Theodore S. Green
Theodore S. Green

So Ordered.
[signature]
4/10/23

cc: All counsel (by ECF)