UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                         Plaintiff,                    **MEMORANDUM**

     -against-

                                            7:23-CR-00054-KMK

QUENTIN WIGGINS

                        Defendant.
-------------------------------------------------------------X

TO:  Hon., United States District Judge Kenneth M. Karas:

      Please find attached a transcript of the 6/15/2023 plea allocution over which I presided, setting forth my Report and Recommendation to you.  Please let me know if I can be of further assistance.

Dated: August 11, 2023
       White Plains, New York

                                                   Respectfully Submitted,

                                                  s/ Victoria Reznik

                                                  _____

                                                  VICTORIA REZNIK
                                                  United States Magistrate Judge