# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: THEOSGREEN@MSN.COM

September 2, 2025

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York   10601

re: *United States v. Quentin Wiggins*, 23-cr-54 (KMK)

Dear Judge Karas:

      This letter is an application to appoint undersigned counsel, pursuant to the Criminal Justice Act (CJA) to represent Quentin Wiggins, effective this date, in connection with a petition alleging violation of the terms of supervised release. Previously, I had been appointed to represent Mr. Wiggins in the underlying prosecution, wherein judgment was entered December 7, 2023.

      I have received notice that Mr. Wiggins was arrested on August 26, 2025, in the Northern District of Georgia pursuant to a warrant issued by this Court. Based on my review of the Georgia docket, at a Rule 5(c) proceeding, Mr. Wiggins was ordered held for removal to the charging district. I am making this appointment request in advance of the initial appearance in this District in order to insure continuity of representation, particularly since the last message I received from the Probation Office (on August 27, 2025) advised that it could take up to a month to have Mr. Wiggins produced in this District. At present, I do not know where Mr. Wiggins is, as he is not reported as being in the custody of the Bureau of Prisons.

Granted.
So Ordered.
*[signature]*
9/2/25

Very truly yours,

/a/ *Theodore S. Green*
Theodore S. Green

cc: All counsel (by ECF)