UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

United States of America,

       -against-                          ORDER

                                      Docket No. 23 CR 00054 (KMK)

Quentin Wiggins,

             Defendant.

-------------------------------------------------------x

KARAS, U.S. DISTRICT JUDGE:

    Matthew John Galluzzo, Esq., is to assume representation of the defendant in the above captioned matter as of December 23, 2025. Mr. Galluzzo is appointed pursuant to the Criminal Justice Act. His address is The Law Office of Matthew Galluzzo PLLC, 11 Broadway Suite 715, New York, NY 10004; phone number (212) 344-5180; Email: matthew.galluzzo@gjllp.com. Theodore Green is relieved as counsel.

SO ORDERED

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Dated: White Plains, New York
       December 23, 2025